DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LYNN REDDEN,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:21-cv-00708-EPG<br><br>STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME TO FILE OPENING BRIEF<br><br>(ECF No. 17). |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from August 12, 2022 to September 12, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's second request for an extension of time.  Counsel for the Plaintiff is currently out of State attending to an emergency with her ill father. (See attached declaration). Additional time will be needed in light of limited access to her computer.

1  Counsel requires additional time to brief the issues thoroughly for the Court's
2  consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the
3  Defendant and Court for any inconvenience this may cause.

                                              Respectfully submitted,

Dated: August 16, 2022　　　　　PENA & BROMBERG, ATTORNEYS AT LAW

                                        By: */s/ Dolly M. Trompeter*
                                              DOLLY M. TROMPETER
                                              Attorneys for Plaintiff

Dated: August 16, 2022　　　　　PHILLIP A. TALBERT
                                              United States Attorney
                                              PETER K. THOMPSON
                                              Acting Regional Chief Counsel, Region IX
                                              Social Security Administration

                                        By:  */s/ Mary Tsai*
                                              Mary Tsai
                                              Special Assistant United States Attorney
                                              Attorneys for Defendant
                                              (*As authorized by email on August 16, 2022)

**ORDER**

Pursuant to the parties' stipulation (ECF No. 17), IT IS HEREBY ORDERED that Plaintiff shall file an Opening Brief by September 12, 2022. All remaining deadlines in the Scheduling Order (ECF No. 5) are extended accordingly.

IT IS SO ORDERED.

Dated:   **August 17, 2022**                                  /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE