JONATHAN O. PEÑA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-439-9700
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT LYNN REDDEN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:21-cv-00708-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 19) |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 2-day extension of time, from September 12, 2022 to September 14, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's third request for an extension of time.  Good cause exists for this short extension request.  Counsel for Plaintiff mis-calendared the due date as September 14, 2022 instead of September 12, 2022.  Counsel has other matters already on extensions that are

1

1  currently due today and tomorrow.  Thus, a short two-day request will allow Counsel to
2  thoroughly brief this matter for the Court.
3      Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant
4  and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: September 12, 2022     PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan O. Peña*
    JONATHAN O. PEÑA
    Attorneys for Plaintiff


Dated: September 12, 2022     PHILLIP A. TALBERT
    United States Attorney
    PETER K. THOMPSON
    Acting Regional Chief Counsel, Region IX
    Social Security Administration


By:  **/s/ Mary Tsai*
    Mary Tsai
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on September 12, 2022)

**ORDER**

Pursuant to the parties' stipulation (ECF No. 19), IT IS HEREBY ORDERED that Plaintiff shall file an opening brief by no later than September 14, 2022. All remaining deadlines in the scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:     **September 13, 2022**            /s/ Eric P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE