1  PHILLIP TALBERT
   United States Attorney
2  MATHEW W. PILE, WSBA No. 32245
   Associate General Counsel
3  Office of Program Litigation, Office 7
   Social Security Administration
4  MARY TSAI, CSBN 216963
   Special Assistant United States Attorney
5         160 Spear Street, Suite 800
          San Francisco, California 94105
6         Telephone: 510-970-4864
          Facsimile: (415) 744-0134
7         E-Mail: mary.tsai@ssa.gov
8  Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12 ROBERT LYNN REDDEN,                  )  Case No.: 1:21-cv-00708-EPG
                                        )
13              Plaintiff,              )  ORDER RE: STIPULATION FOR AN
                                        )  EXTENSION OF TIME
14        vs.                           )
                                        )  (ECF No. 22).
15 KILOLO KIJAKAZI,                     )
   Acting Commissioner of Social Security, )
16                                      )
                                        )
17              Defendant.              )
                                        )
18

19        Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the

20 parties, through their respective counsel of record, that the time for Defendant to respond to

21 Plaintiff's Opening Brief be extended thirty (30) days from October 14, 2022, up to and

22 including November 14, 2022.  This is the Defendant's first extension of the Scheduling Order.

23        Defendant requests this extension because undersigned counsel for the Defendant has

24 been taking care of a family member who underwent surgery in September 2022, and another

25 family member who broke her shoulder and so, has fallen behind on her caseload, which

26 includes several briefs due in the next month.

27        The parties further stipulate that the Court's Scheduling Order shall be modified

28 accordingly.

                                        1

1

Respectfully submitted,

2

Dated: October 3, 2022

/s/  *Jonathan Omar Pena\**

3

JONATHAN OMAR PENA
Attorney for Plaintiff

4

*\*as authorized via e-mail on October 3, 2022*

5

6

Dated: October 3, 2022

PHILLIP TALBERT
United States Attorney

7

MATHEW W. PILE
Associate General Counsel

8

Office of Program Litigation, Office 7

9

Social Security Administration

10

By:     /s/  *Mary Tsai*

11

MARY TSAI
Special Assistant U.S. Attorney

12

Attorneys for Defendant

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

**ORDER**

2        Pursuant to the parties' stipulation (ECF No. 22), IT IS ORDERED, that Defendant shall

3    have an extension, up to and including November 14, 2022, to respond to Plaintiff's Opening

4    Brief.

5    IT IS SO ORDERED.

6

7        Dated:    **October 4, 2022**                    /s/ *Erica P. Grosjean*
                                                    UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28